1 ADAM P. KOHSWEENEY (S.B. #229983)
SUSANNAH K. HOWARD (S.B. #291326)
2 O'MELVENY & MYERS LLP
Two Embarcadero Center
3 San Francisco, CA 94111-3823
Telephone: 415-984-8912
4 Facsimile: 415-984-8701

5 Attorneys for Defendant
Robert Half International Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL WASHINGTON, on behalf of herself and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL INC.,<br><br>Defendant. | Case No. CV _____<br><br>**NOTICE OF REMOVAL OF DEFENDANT ROBERT HALF INTERNATIONAL INC.**<br><br>(28 U.S.C. §§ 1331, 1441(a))<br><br>(San Mateo County Superior Court Case No. CIV 532207) |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF APRIL WASHINGTON AND PLAINTIFF'S ATTORNEY OF RECORD NICHOLAS KASTER, LLP:**

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant Robert Half International Inc. ("RHI") hereby files this Notice of Removal, removing this action brought by Plaintiff April Washington ("Plaintiff") from the Superior Court of the State of California, County of San Mateo, where the action is currently pending, to this Court on the basis of federal question jurisdiction. RHI states the following grounds for removal:

NOTICE OF REMOVAL CV _____

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

1. On January 26, 2015, RHI received a Summons and Complaint, a true and correct copy of which is attached hereto collectively as Exhibit A. The action was brought as a putative class action in the Superior Court of the State of California, County of San Mateo, styled and captioned exactly as above, and assigned Case No. CIV-532207. On February 23, 2015, RHI filed an Answer to the Complaint in the Superior Court of the State of California, County of San Mateo, a copy of which is attached hereto as Exhibit B. No other pleadings or papers have been filed in this action, and no other defendant has been named or served.

2. The Complaint asserts two causes of action for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), arising from an alleged employment application by Plaintiff to RHI. Plaintiff seeks to represent two putative classes of allegedly similarly situated individuals who applied for employment with RHI.

3. This Notice of Removal has been filed within thirty (30) days of service of RHI, and, as no other defendant has been named or served, the requirement of 28 U.S.C. § 1446(b) requiring removal within thirty (30) days of service of the first defendant has been satisfied. Therefore, this Notice of Removal has been timely filed.

**BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION**

4. Section 1441(a) of Title 28 of the United States Code provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. Section 1331 of Title 28 of the United States Code provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This action may be removed pursuant to 28 U.S.C. §§ 1331 & 1441(a) because both causes of action alleged by the Complaint arise under the FCRA—a federal law, which specifically provides that an action to enforce liability thereunder "may be brought in any

appropriate United States district court, without regard to the amount in controversy." 15 U.S.C. 1681p.

7. In Count I of her Complaint, Plaintiff alleges that RHI procured a consumer report in the form of a background check on Plaintiff and putative class members without first providing them with a proper disclosure, as required by § 1681b(b)(2)(A)(i) of the FCRA. (Complaint ¶¶ 45-56.) In Count II of her Complaint, Plaintiff alleges that Plaintiff and putative class members underwent drug screenings at the request of RHI and that RHI procured consumer reports in connection with these drug screenings without first providing Plaintiff and putative class members with a proper disclosure, as required by § 1681b(b)(2)(A)(i). (Complaint ¶¶ 57-67.)

8. Thus, pursuant to 28 U.S.C. §§ 1331 and 1441(a), this state court action may be removed to Federal District Court.

**VENUE**

9. Plaintiffs' state court action was commenced in the Superior Court of the State of California for the County of San Mateo and, pursuant to 28 U.S.C. §§ 84(a), 1441(a), & 1446(a) may be removed to this United States District Court for the Northern District of California, which embraces San Mateo County within its jurisdiction. (*See* Civil L.R. 3-2(d).)

**CONCLUSION**

10. For the reasons discussed herein, pursuant to 28 U.S.C. §§ 1331, 1441(a) & 1446, this state court action may be removed to this Federal District Court.

1  **WHEREFORE**, Defendant requests that this action be brought to this Court, and
2  that this Court exercise its jurisdiction in the premises.
3      Dated: February 24, 2015.

O'MELVENY & MYERS LLP
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD


By:   /s/ Adam P. KohSweeney
      Adam P. KohSweeney
Attorneys for Defendant Robert Half International Inc.

- 4 -    NOTICE OF REMOVAL CV _____