NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Phone: (415) 277-7235
Fax: (415) 277-7238

Attorneys for Plaintiff April Washington
[Attorneys for Defendant listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL WASHINGTON, individually and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL,<br><br>Defendant. | Case No.: 4:15-cv-00841-KAW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |

Plaintiff April Washington ("Plaintiff"), and Robert Half International, Inc. ("Defendant"), through their attorneys of record, hereby agree and stipulate as follows:

A.  Whereas Plaintiff filed a Class Action Complaint in the Superior Court of San Mateo County, California, on January 23, 2015, Case No. CIV532207 (the "Complaint"), which was removed by Defendant to this Court on February 24, 2015;

B.  Whereas, in the Complaint, Plaintiff alleges that Defendant violated the Fair Credit Reporting Act by failing to adequately disclose to Plaintiff that it was going to procure a consumer report on her, which claim Plaintiff purported to assert both individually and on behalf of classes of plaintiffs;

1  C.   Whereas, Defendant denies that its actions were wrongful in any respect with regard to Plaintiff and any putative class;

D.   Whereas, in the course of applying for employment with Defendant, Plaintiff agreed to arbitrate any dispute with Defendant, and to do so only on an individual basis, and Defendant has provided Plaintiff with case law in which Defendant's arbitration agreement has been enforced by state and federal courts in California;

E.   Whereas, the Court has never certified any class in this case under Federal Rule of Civil Procedure 23;

F.   Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

G.   Whereas, the parties have reached a settlement of Plaintiff's individual claims against Defendant in which the Plaintiff's individual claims will be dismissed with prejudice and the claims of members of any putative class will be dismissed without prejudice;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

All of the individual claims and allegations brought by Plaintiff against Defendant are hereby dismissed with prejudice.  All claims and allegations of any putative class members are hereby dismissed without prejudice.

DATED:  April 21, 2015

**NICHOLS KASTER, PLLP**

By:  */s/ Matthew C. Helland*
     Matthew C. Helland

Attorney for Plaintiff April Washington

DATED:  April 21, 2015

**O'MELVENY & MYERS LLP**

By:  __*s/ Adam P. KohSweeney*_____
     Adam P. KohSweeney
     Two Embarcadero Center
     San Francisco, CA 94111
     Telephone: 415-984-8912
     Facsimile: 415-984-8701
     akohsweeney@omm.com

Attorney for Defendant Robert Half International Inc.

**[PROPOSED] ORDER**

Pursuant to Rule 23(e) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the stipulation of the parties, Plaintiff April Washington's individual claims are hereby dismissed with prejudice and the claims of the putative class members are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED:  4/22 , 2015

_____
Magistrate Judge Kandis A. Westmore
UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFONRIA